TIMOTHY COURCHAINE
United States Attorney
District of Arizona

ANNA LINDROOTH
Assistant United States Attorney
South Dakota State Bar No. 005053
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Email: Anna.Lindrooth@usdoj.gov
*Attorneys for Plaintiff*

~~ FILED ___ LODGED
___ RECEIVED ___ COPY
NOV 10 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY___________ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

1. Kevin Aguirre, and
(Counts 1-3, 5)

2. Anthony Aispuro-Rios,
(Counts 1-2, 4-5)

Defendants.

No. CR-26-1377-PHX-JJT (MBM)

**INDICTMENT**

VIO: 18 U.S.C. § 371
(Conspiracy)
Count 1

18 U.S.C. § 554(a)
(Smuggling Goods from the United States)
Count 2

18 U.S.C. §§ 922(a)(6), 924(a)(2) and 2
(Material False Statement During the Purchase of a Firearm, Aid and Abet)
Counts 3 – 4

18 U.S.C. §§ 933(a)(1) and (3)
(Conspiracy to Traffic Firearms)
Count 5

18 U.S.C. §§ 924(d), 934 and 981,
21 U.S.C. § 853 and
28 U.S.C. § 2461(c)
(Forfeiture Allegation)

**THE GRAND JURY CHARGES:**

**COUNT 1**

*Introduction*

The laws and regulations of the United States prohibit the exportation of firearms

and ammunition to the Republic of Mexico without a valid and certified export license issued by the United States Department of Commerce, Bureau of Industry and Security.

At all times relevant to this indictment, Defendants KEVIN AGUIRRE and ANTHONY AISPURO-RIOS were not licensed by the United States Department of Commerce to export firearms and ammunition from the United States to the Republic of Mexico.

*Conspiracy to Commit Smuggling Goods from the United States*

Beginning on a date unknown to the grand jury but no later than on or about September 2024, continuing to on or about October 27, 2026, in the District of Arizona and elsewhere, Defendants KEVIN AGUIRRE and ANTHONY AISPURO-RIOS, did knowingly and intentionally combine, conspire, confederate, and agree together and with persons known and unknown to the grand jury, to commit offenses against the United States, that is, to knowingly export and send from the United States, and attempt to export and send from the United States, any merchandise, article, or object, contrary to any law or regulation of the United States, and to receive, conceal, buy, sell, and in any manner facilitate the transportation, concealment, and sale of such merchandise, article or object, knowing the same to be intended for exportation contrary to any law or regulation of the United States, in violation of Title 18, United States Code, Section 554(a), Title 50, United States Code, Section 4819, and Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774.

*Purpose of the Conspiracy*

The purpose of the conspiracy was to unlawfully smuggle ammunition and firearms from the United States to Mexico.

*Method and Means of Conspiracy*

The means and method employed by Defendants and their co-conspirators to carry out the conspiracy and effect its unlawful objects are as follows:

a. It was part of the conspiracy that Defendants used cell phones and social media accounts to coordinate and manage their illegal activities.

b. It was further part of the conspiracy that Defendants would recruit straw purchasers to buy firearms from licensed dealers in the District of Arizona.

c. It was further part of the conspiracy that co-conspirators, while purchasing firearms, would falsely state on ATF Forms 4473 that the co-conspirator purchasing the firearms was the true purchaser of the firearms.

d. It was further part of the conspiracy that the co-conspirators purchasing the firearms were in fact purchasing the firearms on behalf of Defendants KEVIN AGUIRRE and ANTHONY AISPURO-RIOS.

e. It was further part of the conspiracy that Defendants KEVIN AGUIRRE and ANTHONY AISPURO-RIOS would purchase firearms from unlicensed firearms dealers or sellers.

f. It was further part of the conspiracy that Defendants KEVIN AGUIRRE and ANTHONY AISPURO-RIOS would recruit co-conspirators to transport firearms and ammunition from Phoenix, Arizona to Mexico.

g. It was further part of the conspiracy that Defendants KEVIN AGUIRRE and ANTHONY AISPURO-RIOS utilized various stash houses to store firearms and ammunition before unlawful exportation to Mexico.

h. It was further part of the conspiracy that Defendants and co-conspirators knew that the purchased firearms would be unlawfully exported to Mexico.

*Overt Acts*

In furtherance of the conspiracy, one or more Defendants and co-conspirators committed, or caused to be committed, the overt acts described below:

a. Between a date no later than April 2025 through February 2026, Defendant KEVIN AGUIRRE used his Instagram account, username _Impexotics, to recruit other co-conspirators and discuss firearms pricing.

b. On February 12, 2025, Defendant KEVIN AGUIRRE shared a video of five AK-47-style rifles using his Instagram account.

c. On April 7, 2025, Defendant KEVIN AGUIRRE used his Instagram account to post a photograph of a tan FN Herstal SCAR 17S-style rifle, in an open rifle case, with a caption stating, "Who can Get 5-10 G[lock] 19Xs Weekly / Paper Ready."

d. On May 30, 2025, Defendant KEVIN AGUIRRE used his Instagram account to post a photograph of a black FN Herstal SCAR 17S-style rifle on a kitchen countertop with a caption stating, "Brand new Never shot (7.62X51/308)."

e. On August 3, 2025, Defendant KEVIN AGUIRRE used his Instagram account to post, "Who can get me some from the store? 1k [moneybag emoji]."

f. On August 7, 2025, Defendant KEVIN AGUIRRE used his Instagram account to post, "Need someone who can do a 3 hour drive asap 1k [moneybag emoji]."

g. On January 3, 2026, Defendant KEVIN AGUIRRE used his Instagram account to post, "$300 in 30mins lmk No driving or anything quick money Just gotta be 21+ with a clean background."

h. Defendant KEVIN AGUIRRE also recruited co-conspirators by meeting people at parties.

i. In approximately August 2024, Defendant KEVIN AGUIRRE recruited a co-conspirator to smuggle ammunition to Mexico in bulk quantities.

j. Defendant KEVIN AGUIRRE paid the co-conspirator $1,500 to smuggle ammunition on two separate occasions, in approximately August 2024 and on or about October 25, 2024.

k. In October 2024, Defendant KEVIN AGUIRRE directed the co-conspirator to rent a vehicle.

l. On or about October 25, 2024, Defendant KEVIN AGUIRRE took the co-conspirator's rental vehicle and returned it loaded with 7.62-caliber ammunition.

m. Between August 2024 and October 2024, Defendant KEVIN AGUIRRE asked

the co-conspirator to acquire a .50-caliber rifle, a SCAR rifle, an FN Minimi, and 50 firearm magazines for transportation to Mexico.

n. In or around August 2024, Defendant KEVIN AGUIRRE traveled to Defendant ANTHONY AISPURO-RIOS's address in Phoenix, Arizona. Defendants discussed obtaining a .50-caliber rifle and transporting it into Mexico.

o. In or around August 2024, Defendant KEVIN AGUIRRE collected approximately $10,000 in cash from a co-conspirator's residence and traveled to Defendant ANTHONY AISPURO-RIOS's residence.

p. In or around December 2025, Defendant ANTHONY AISPURO-RIOS recruited a co-conspirator to conduct a straw purchase of a Barrett M82A1 .416-caliber rifle from Tombstone Tactical, a federal firearms licensee in Phoenix, Arizona.

q. Defendant ANTHONY AISPURO-RIOS purchased the Barrett .416-caliber rifle online and used the co-conspirator's information in the purchase order.

r. Defendant ANTHONY AISPURO-RIOS paid the co-conspirator in cash to straw-purchase firearms on previous occasions.

s. Defendant ANTHONY AISPURO-RIOS attempted to guide the co-conspirator through the straw purchase of the Barrett .416-caliber rifle through text message directions.

t. On or about March 18, 2026, Defendant ANTHONY AISPURO-RIOS purchased a Glock 19X pistol and Glock 19 pistol from a co-conspirator during a meetup in a parking lot in the Phoenix metropolitan area. Defendant ANTHONY AISPURO-RIOS paid $550 in cash for each pistol.

u. On or about March 18, 2026, Defendant ANTHONY AISPURO-RIOS and Defendant KEVIN AGUIRRE loaded large boxes of ammunition from the bed of a co-conspirator's pickup truck into Defendant ANTHONY AISPURO-RIOS's Mercedes-Benz C-300 bearing Arizona license plate 60A345.

v. Within the timeframe of this indictment, Defendant KEVIN AGUIRRE used a

co-conspirator's residence in Phoenix, Arizona to store firearms.

w. In approximately May 2025, Defendant KEVIN AGUIRRE recruited a co-conspirator to conduct a straw purchase of a Barrett M82A1 .50-caliber rifle from S2 Armament, a federal firearms licensee in Glendale, Arizona.

x. On or about May 18, 2025, Defendant KEVIN AGUIRRE provided the co-conspirator with approximately $10,500 in cash to purchase the Barrett .50-caliber rifle. Defendant KEVIN AGUIRRE drove his dark gray, 2021 Jeep Gladiator bearing an Arizona license plate of 79A6SB to meet the co-conspirator.

y. On or about May 18, 2025, Defendant KEVIN AGUIRRE paid the co-conspirator approximately $2,000 for the straw purchase.

z. On or about May 20, 2025, Defendant KEVIN AGUIRRE and Defendant ANTHONY AISPURO-RIOS met the co-conspirator and took possession of the Barrett .50-caliber rifle, which was recovered in Pueblo Nuevo, Durango, Mexico on April 18, 2026.

In violation of Title 18, United States Code, Section 371.

## COUNT 2

Between on or about August 1, 2024, through October 26, 2024, in the District of Arizona, Defendants KEVIN AGUIRRE and ANTHONY AISPURO-RIOS knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 7.62x39mm ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819, and Title 15, Code of Federal Regulations, Parts 736.2, 738, 742.17, and 774.

In violation of Title 18, United States Code, Section 554(a).

**COUNT 3**

On or about May 18, 2025, in the District of Arizona, Defendant KEVIN AGUIRRE did knowingly and intentionally aid and abet another individual, H.M., in knowingly making a false statement and representation in connection with the acquisition of a firearm to a business, S2 Armament, in Glendale, Arizona, which was intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by the business, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, in that H.M. did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating he was the actual buyer or transferee of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, H.M. knew that he was buying the firearm on behalf of Defendant, KEVIN AGUIRRE.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

**COUNT 4**

On or about December 3, 2025, in the District of Arizona, Defendant ANTHONY AISPURO-RIOS, did knowingly and intentionally aid and abet another individual, L.Z., in knowingly making a false statement and representation in connection with the acquisition of a firearm to a business, Tombstone Tactical, in Phoenix, Arizona, which was intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the business, which was licensed under the provisions of Chapter 44 of Title 18, United States Code, in that L.Z. did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, stating he was the actual buyer or transferee of the firearm, and was not buying the firearm on behalf of another person, whereas in truth and fact, L.Z. knew that he was buying the firearm on behalf of Defendant ANTHONY AISPURO-RIOS.

In violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2), and 2.

**COUNT 5**

Beginning on a date unknown to the Grand Jury but no later than on or about August 1, 2024, continuing to on or about October 27, 2026, in the District of Arizona and elsewhere, Defendants KEVIN AGUIRRE and ANTHONY AISPURO-RIOS did knowingly and intentionally combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury to ship, transport, transfer, cause to be transported, and otherwise dispose of any firearm to another person, and did attempt to do so, in or otherwise affecting interstate commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearms by the recipient would constitute a felony, to wit: Smuggling Goods from the United States, in violation of Title 18, United States Code, Section 554, Title 50, United States Code Section 4801 et seq., and Title 15, Code of Federal Regulations, Sections 736.2, 738, and 774.

In violation of Title 18, United States Code, Section 933(a)(1) and (3).

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations in Counts 1 – 5 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 924(d), 934, and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of the offenses alleged in Count 1 – 5 of this Indictment, Defendants shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offenses, and (b) any of Defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses as to which property Defendants are liable, including, but not limited to, the following property involved and used in the offenses:

- A white 2015 Mercedes Benz (MB) C-300 bearing Arizona license plate 60A345 and VIN: 55SWF4KB3FU039981; and
- A dark gray, 2021 Jeep Gladiator bearing an Arizona license plate of

79A6SB and VIN: 1C6JJTEG9ML545361.

If any forfeitable property, as a result of any act or omission of Defendants:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of said Defendants up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

All in accordance with Title 18, United States Code, Sections 924(d), 934, and 981, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: November 10, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

s/
ANNA LINDROOTH
Assistant U.S. Attorney